

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00779-CR

Jason Colt **HARPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9261
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is **DISMISSED**.

SIGNED April 16, 2025.

_____
H. Todd McCray, Justice